1002

[No. 31972-5-III.  Division Three.  September 10, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. KEENAN WALTER ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-1-01715-3, Ruth E. Reukauf, J., entered September 24, 2013. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Brown and Korsmo, JJ.

[No. 32314-5-III.  Division Three.  September 10, 2015.]

CLINESMITH CATTLE COMPANY, INC., ET AL., *Appellants*, v. KINCH FARMS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 11-2-00104-4, David Frazier, J. Pro Tem., entered February 6, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J.; Fearing, J., concurring separately.

[No. 32604-7-III.  Division Three.  September 10, 2015.]

THE CITY OF WALLA WALLA, *Respondent*, v. TERRY KNAPP, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 14-2-00275-1, M. Scott Wolfram, J., entered June 16, 2014. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 71027-3-I.  Division One.  September 14, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON CARRILLO-ALEJO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-01132-4, Lori Kay Smith, J., entered October 11, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Becker and Schindler, JJ.